*1169 ante, p. 848;
ante, p. 1073;
ante, p. 1047;
ante, p. 1074;
*1170 No. 03-570.
No. 03-578.
No. 03-5619.
No. 03-6314.
No. 03-6356.
No. 03-6491.
No. 03-6557.
No. 03-6568.
No. 03-6611.
No. 03-6629.
No. 03-6684.
No. 03-6698.
No. 03-6709.
No. 03-6719.
No. 03-6726.
No. 03-6774.
No. 03-6848.
No. 03-6855.
No. 03-6873.
No. 03-6903.
No. 03-7203.
No. 03-7342.
ante, p. 1075;
ante, p. 1050;
ante, p. 983;
ante, p. 1020;
ante, p. 1021;
ante, p. 1053;
ante, p. 1045;
ante, p. 1055;
ante, p. 1009;
ante, p. 1056;
ante, p. 1058;
ante, p. 1023;
ante, p. 1058;
ante, p. 999;
ante, p. 999;
ante, p. 1077;
ante, p. 1079;
ante, p. 1091;
ante, p. 1060;
ante, p. 1025;
ante, p. 1067; and
ante, p. 1084. Petitions for rehearing denied.